UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL R. REETZ & GURRY INVESTMENTS, INC., | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 10-11708-JLT |
| BIO-FERTILIS, INC., et al., | * * * |
| Defendants. | * |

ORDER

January 4, 2011

TAURO, J.

After a Hearing held January 4, 2011, this court hereby orders that:

1. Plaintiffs' Motion for Temporary Order [#2] is DENIED.

2. Defendant Changanaqui's Motion to Dismiss [#10] is ALLOWED WITHOUT PREJUDICE to Plaintiffs filing an amended complaint.

3. Defendants' Motion to Strike "Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction" [#23] is DENIED AS MOOT.

4. Plaintiffs may file an amended complaint by February 1, 2011.

5. Defendants shall file any motion to dismiss or answer to an amended complaint by February 22, 2011.

6. A Further Conference is scheduled for March 1, 2011 at 11:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge