UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL R. REETZ & GURRY INVESTMENTS, INC., | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 10-11708-JLT * |
| BIO-FERTILIS, INC., et al., | * * |
| Defendants. | * |

ORDER

April 6, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Defendants' <u>Motion to Dismiss Amended Verified Complaint</u> [#30] is ALLOWED. Additionally, Defendants' <u>Motion to Strike and for Sanctions Under Fed. R. Civ. P. 11 and 28 U.S.C. § 1927</u> [#34] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge